# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Wanda J. Duryea
_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

_____CV_____( _____ ) ( _____ )

-against-

STATE OF NEW YORK, NEW YORK
STATE POLICE, STATE TROOPER
TIMOTHY FINNEGAN,
INVESTIGATORS TIMOTHY P. GOULD,
& JAMES WOLLMAN, AND OTHER
NEW YORK STATE POLICE
EMPLOYEES, IN THEIR OFFICIAL AND
INDIVIDUAL CAPACITIES

Application for the Court to
Request Pro Bono Counsel

(List the full name(s) of the defendant(s)/respondent(s).)

I ask the Court to request a pro bono attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

1. Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

   [X] I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

   [ ] I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

   [ ] I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2. Explain why you need an attorney in this case. (Please note that requests for pro bono counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

   To protect my legal rights, I have no formal legal training and this case involves complex constitutional issues.

   I am considered low income and have no resources to retain independent counsel.

   This is a "David v Goliath" type issue if I am pitted against the Attorney General and

Rev. 3/27/14

other Bar registered attorneys.

other Bar registered attorneys.

3. Explain what steps you have taken to find an attorney and with what results. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

We have for almost 3 years searched for attorneys, and have contacted multitudes of lawyers.
We have searched for nearly 3 years, on websites, through legal directories in Westchester County.
We have contacted the ACLU, the NY Bar, Pro Bono project and the Police accountability
project. Brooks's public defender has tried to assist in locating a civil rights attorney. Even
Friends in the New York area have tried to assist in locating a lawyer who would work on the
case on a contingency fee basis. I have emails from many attorneys declining.

4. If you need an attorney who speaks a language other than English, state what language(s) you speak: _____.

5. I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

6. I understand that even if the Court grants this application, I will receive pro bono counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me.

7. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

| 7-24-2022 | *Wanda Duryea* |
|---|---|
| Date | Signature |

Duryea, Wanda, J
Name (Last, First, MI)                                    Prison Identification # (if incarcerated)

| 1137 Meaderboro Rd. | Farmington | NH | 03835 |
|---|---|---|---|
| Address | City | State | Zip Code |

603-923-2793                                    nh_cherokee@yahoo.com
Telephone Number                              E-mail Address (if available)