UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
WANDA J. DURYEA,
               Plaintiff,

v.

TIMOTHY H. FINNEGAN, Formerly New York
State Police, Badge #404; TIMOTHY P.
GOULD, New York State Police; and JAMES
WOLLMAN, New York State Police,
               Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 6300 (VB)

    On June 20, 2023, defendants moved to dismiss the complaint for lack of subject-matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1) and for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). (Doc. #27).

    Accordingly, it is hereby ORDERED that:

1. Plaintiff's opposition to defendants' motion to dismiss is due **July 20, 2023**. The Court will mail plaintiff a copy of the Motions Guide for Pro Se Litigants, which describes the procedure for a motion to dismiss. Plaintiff is expected to review the Motions Guide and follow the instructions therein.

2. Defendant's reply, if any, is due **July 27, 2023**.

    Chambers will mail a copy of this Order, as well as a copy of the Motions Guide, to plaintiff at the address on the docket.

Dated: June 22, 2023
       White Plains, NY

                                  SO ORDERED:

                                  _____
                                  Vincent L. Briccetti
                                  United States District Judge