UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WANDA J. DURYEA,

                    Plaintiff,

    -against-                                22 **CIVIL** 6300 (VB)

## JUDGMENT

TIMOTHY H. FINNEGAN, Formerly New York State
Police, Badge #404; TIMOTHY P. GOULD, New
York State Police; and JAMES WOLLMAN, New
York State Police, each in their individual capacities,

                    Defendant.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 5, 2024, Defendants' motion to dismiss is GRANTED. All of plaintiff's claims are dismissed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 44445 (1962). Accordingly, the case is closed.

**Dated:**  New York, New York

        March 6, 2024

                                                          **RUBY J. KRAJICK**
                                                          **Clerk of Court**

                                 **BY:**

                                                  _____
                                                        **Deputy Clerk**